**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

USA,
Plaintiff(s),

v.

Joseph Albert Heath,
Defendant(s)

Case No. 24CR526-3
Judge Laura K. McNally

## **ORDER**

Initial appearance and arraignment held on 7/7/2025. Defendant appears following his arrest on 7/7/2025. The Court finds Defendant is unable to afford counsel and appoints Steven Hunter as counsel under the Criminal Justice Act. Defendant informed of his rights, the charges against him, and the maximum penalties if convicted. Defendant enters a plea of not guilty to the charges in the indictment. The Government orally moves for a detention hearing pursuant to 18 U.S.C. 3142(f)(1)(B)(C)&(E). Defendant requests release on conditions. At defendant's request and for good cause, detention hearing is set on 7/11/2025 at 1:00 p.m. in courtroom 1743. Rule 16.1 conference to be held by 7/17/2025. Status hearing is set on 8/12/2025 at 9:30 a.m. before Judge Daniel. Without objection, time is excluded in the interest of justice from 7/7/2025 to and including 8/12/2025 pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) and for reasons stated in open court. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the Defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. Defendant is remanded to the custody of the US Marshal Service and ordered to remain in custody until further order of the Court.

(00.25) (X-T)

Date: 7/7/2025

_Laura K. McNally_
Laura K. McNally
United States District Judge